CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONNIE PRATOLA, | : | |
| | : | **Hon. Robert B. Kugler** |
| Petitioner, | : | |
| | : | Civil Action No. 09-5459 (RBK) |
| v. | : | |
| | : | |
| ADRIENNE BARGE, | : | |
| | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   4th   day of   March  , 2010,

ORDERED that in forma pauperis status is GRANTED to Petitioner; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction, without prejudice to the filing of a civil complaint under 42 U.S.C. § 1983; and it is further

ORDERED that the motion [docket entry #3] to produce discovery and the motion [docket entry #5] for summary default judgment are DENIED AS MOOT; and it is further

ORDERED that a certificate of appealability is DENIED, see 28 U.S.C. § 2253(c)(2); and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon Petitioner by regular mail, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER**
United States District Judge